1  ANNETTE CLARK, (SBN: 208216)
   aclark@ctsclaw.com
2  DAVID G. JENSEN, (SBN: 202673)
   djensen@ctsclaw.com
3  CALLAHAN, THOMPSON, SHERMAN &
   CAUDILL LLP
4  350 Tenth Avenue, Suite 1000
   San Diego, CA 92101
5  Tel:   (619) 232-5700
   Fax:   (619) 539-7350
6
7  Attorneys for Plaintiff
   JOHN HAGGERTY

8  JAMES MCMULLEN (SBN: 095854)
   jmcmullen@grsm.com
9  JUSTIN M. MICHITSCH (SBN: 285702)
   jmichitsch@grsm.com
10 JANNA I. JAMIL (SBN: 265435)
   jjamil@grsm.com
11 GORDON REES SCULLY MANSUKHANI, LLP
   633 West Fifth Street, 52nd floor
12 Los Angeles, CA 90071
   Tel.:  (619) 230-7438
13 Fax:   (213) 680-4470

14 Attorneys for Defendants
   SSA CONTAINERS, INC and SSA MARINE, INC.
15

16              UNITED STATES DISTRICT COURT
17              CENTRAL DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| JOHN HAGGERTY, an individual,<br>Plaintiff,<br><br>vs.<br><br>SSA CONTAINERS, INC., a Washington corporation; SSA MARINE, INC., a Washington corporation; and DOES 1-25 inclusive,<br>Defendants. | Case No.: 2:19-CV-6437-MCS (Ex)<br><br>District Judge: Hon. Dale S. Fischer<br>Magistrate Judge: Hon. Mark C. Scarsi<br><br>**JOINT STATUS REPORT FOR JANUARY 9, 2023**<br><br>**Trial Date: None Set** |

Pursuant to this Court's order directing the parties to submit a joint report every 120 days as to status of arbitration of this matter ["Order", ECF Dkt. No. 26], Plaintiff John Haggerty ("Plaintiff") and Defendants SSA Containers, Inc. and

SSA Marine, Inc. (referred to herein with Plaintiff as the "Parties"), by and through their undersigned counsel of record, hereby submit the following Joint Status Report:

    The parties have recently settled this matter and request that the Court dismiss the case with prejudice at the Court's earliest convenience.

Dated: January 9, 2023

**CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**

BY: */S/ ANNETTE C. CLARK*
Annette C. Clark
David G. Jensen
Attorneys for Plaintiff
JOHN HAGGERTY

Dated: January 9, 2023

**GORDON REES SCULLY MANSUKHANI, LLP**

BY: /S/ JAMES MCMULLEN
James McMullen
Justin M. Michitsch
Janna I. Jamil
Attorneys for Defendants
SSA CONTAINERS, INC. and SSA MARINE, INC.

## SIGNATURE ATTESTATION

    Pursuant to Local Rule 5-4.3.4 regarding signatures, Annette C. Clark hereby attests that concurrence in the filing of this document has been obtained from James McMullen.

C:\Users\annette_clark\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\IRUTZT0U\9.23.22  Joint Status Report Every 90 days