1  ANNETTE CLARK, (SBN: 208216)
   aclark@ctsclaw.com
2  DAVID G. JENSEN, (SBN: 202673)
   djensen@ctsclaw.com
3  CALLAHAN, THOMPSON, SHERMAN &
   CAUDILL LLP
4  350 Tenth Avenue, Suite 1000
   San Diego, CA 92101
5  Tel:   (619) 232-5700
   Fax:   (619) 539-7350
6
7  Attorneys for Plaintiff
   JOHN HAGGERTY

8  JAMES MCMULLEN (SBN: 095854)
   jmcmullen@grsm.com
9  JUSTIN M. MICHITSCH (SBN: 285702)
   jmichitsch@grsm.com
10 JANNA I. JAMIL (SBN: 265435)
   jjamil@grsm.com
11 GORDON REES SCULLY MANSUKHANI, LLP
   633 West Fifth Street, 52nd floor
12 Los Angeles, CA 90071
   Tel.:  (619) 230-7438
13 Fax:   (213) 680-4470

14 Attorneys for Defendants
   SSA CONTAINERS, INC and SSA MARINE, INC.
15

16              UNITED STATES DISTRICT COURT
17              CENTRAL DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| JOHN HAGGERTY, an individual,<br>Plaintiff,<br><br>vs.<br><br>SSA CONTAINERS, INC., a Washington corporation; SSA MARINE, INC., a Washington corporation; and DOES 1-25 inclusive,<br>Defendants. | Case No.: 2:19-CV-6437-MCS (Ex)<br><br>District Judge: Hon. Dale S. Fischer<br>Magistrate Judge: Hon. Mark C. Scarsi<br><br>**JOINT MOTION TO DISMISS COMPLAINT WITH PREJUDICE**<br><br>**Trial Date: None Set** |

26   IT IS HEREBY STIPULATED, AGREED and JOINTLY the motion of
27 counsel for Plaintiff, JOHN HAGGERTY, and counsel for Defendants SSA
28

CONTAINERS, INC. and SSA MARINE, INC., that the Complaint in the above-action may be and should be dismissed with prejudice.

The parties shall each bear their own attorneys' fees and costs.

Dated: January 13, 2023         **CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**

BY: <u>/S/ ANNETTE C. CLARK</u>
    Annette C. Clark
    David G. Jensen
    Attorneys for Plaintiff
    JOHN HAGGERTY

Dated:  January 13, 2023         **GORDON REES SCULLY MANSUKHANI, LLP**

BY: <u>/S/ JAMES MCMULLEN</u>
    James McMullen
    Justin M. Michitsch
    Janna I. Jamil
    Attorneys for Defendants
    SSA CONTAINERS, INC. and SSA MARINE, INC.

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4 regarding signatures, Annette C. Clark hereby attests that concurrence in the filing of this document has been obtained from James McMullen.

G:\PLF\0170030\Pleadings - Federal\1.12.23 - Stipulation for Dismissal.docx